**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6748**

MARK RYLAND DOWDY,

Plaintiff - Appellant,

v.

DEBORAH LAWRENCE, Lane's Court Reporters,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, District Judge.  (7:11-cv-00565-MFU-RSB)

Submitted:  June 14, 2012          Decided:  June 20, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Ryland Dowdy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Ryland Dowdy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially[*] for the reasons stated by the district court. Dowdy v. Lawrence, No. 7:11-cv-00565-MFU-RSB (W.D. Va. Apr. 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Because we agree that Dowdy's claims are barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), we need not consider whether the defendant acted under color of state law.

2